UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TED BUSBY, ET AL. | CIVIL ACTION NO. 3:17-0494 |
| VERSUS | JUDGE ROBERT G. JAMES |
| KEITH PALMER D/B/A PALMER CONSTRUCTION | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 19], finding that the Magistrate Judge correctly stated and applied the law, and noting the lack of objections to the Report and Recommendation,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 9] is **CONVERTED** to a Motion for a More Definitive Statement pursuant to Federal Rule of Civil Procedure 12(e). The converted motion is **GRANTED IN PART and DENIED IN PART**. The motion is **GRANTED** to the extent that Defendant moves for a more definite statement regarding "when" and "where" the allegedly fraudulent statements were made. The motion is otherwise **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs must amend their Complaint within thirty (30) days of the date of this Judgment to allege their fraud claims with more particularity. If Plaintiffs fail to do so, their fraud claims will be dismissed.

**MONROE, LOUISIANA,** this 18th day of July, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE